ACCEPTED
01-14-01020-CR
FIRST COURT OF APPEALS
HOUSTON, TEXAS
3/12/2015 4:18:33 PM
CHRISTOPHER PRINE
CLERK

## NO.  O1-14-01020-CR

### IN THE COURT OF APPEALS FOR THE

FILED IN
1st COURT OF APPEALS
HOUSTON, TEXAS
3/12/2015 4:18:33 PM
CHRISTOPHER A. PRINE
Clerk

### FIRST DISTRICT OF TEXAS

### AT HOUSTON

--------------------------------------------------------------

### NO.  991804

### IN THE 185th DISTRICT COURT

### OF HARRIS COUNTY, TEXAS

--------------------------------------------------------------

**SIMMIE JAMES COLSON III,**          **APPELLANT**

**V.**

**THE STATE OF TEXAS,**          **APPELLEE**

--------------------------------------------------------------

### MOTION FOR EXTENSION
### OF TIME TO FILE BRIEF OF APPELLANT

--------------------------------------------------------------

**Morris L. Overstreet**          **Winston E. Cochran, Jr.**
Attorney at Law                Attorney at Law
Texas Bar No. 00000046         Texas Bar No. 04457300
P.O. Box 35                    P.O. Box 2945
Prairie View, TX 77446         League City, TX 77574
Tel. (512) 844-8357            Tel. (713) 228-2064
morrisoverstreet@yahoo.com     winstoncochran@comcast.net

Attorneys for Appellant

**TO THE HONORABLE COURT OF APPEALS:**

COMES NOW the appellant, Simmie James Colson III (hereinafter "Colson"), through the undersigned counsel, and respectfully requests that this Court extend the time for filing the appellant's brief for sixty days, until May 11, 2015. In support of this motion, the appellant submits the following.

1.     Colson was convicted of Theft and placed under community supervision in Cause Number 991804 in the 185th District Court of Harris County. The State filed a motion to revoke probation. After a hearing, the judge of the court found that the allegations of the motion were true and assessed punishment at confinement for seven months in the State Jail Division of the Texas Department of Criminal Justice, plus a fine of $600. Colson gave timely notice of appeal.

2.     Colson's brief in this cause is due on March 12, 2015. Colson requests an extension of time to file his brief for sixty days, until May 11, 2015. This is the first request for an extension of time to file Colson's brief.

3.      The reasons for the requested extension of time is as follows:

A.     Due to the press of other business, the appellant's attorneys have not had sufficient time to file a brief in this cause. Since the filing of the reporter's record, attorney Overstreet has been involved in several other matters with little or no flexibility in scheduling, including:

(1)     *Davina Moore v. State of Texas* – application for a stay of mandate in the

Twelfth Court of Appeals in order to provide time to seek review in the United States Supreme Court;

(2)  *State v. Meisha Robinson* – felony trial case for possession of a controlled substance in Liberty County; and

(3)  *State v. Cecilia Beaudion* – multi-defendant felony trial case for Engaging in Organized Criminal Activity in Houston County.

B.  Attorney Winston E. Cochran, Jr. has joined in Colson's representation at the appellate level.  Since the filing of the reporter's record, attorney Cochran has been involved in several other matters with little or no flexibility in scheduling, including:

(1)  *State of Texas v. Prentis Venzant* – jury trial in the 212th District Court of Galveston County;

(2)  *State of Texas v. Darcie Spillers* – pretrial hearing in the 405th District Court of Galveston County; and

(3)  *Ex parte Mario Gomez* – assisting other counsel with preparation of a postconviction writ application filed in the 232nd District Court of Harris County.

C.  Both of Colson's attorneys have several matters scheduled over the next month, including trial work.  Completing a brief by mid-April would be difficult, and

2

it is likely that a second extension would have to be requested. Accordingly, Colson's attorneys believe a sixty-day extension request at this time is more realistic.

4.    This motion is not filed for purposes of delay but in order that justice may be done.

## **CONCLUSION**

Wherefore the appellant requests that the time for filing the appellant's brief in this cause be extended to May 11, 2015.

Respectfully submitted,

/s/ Morris L. Overstreet
Morris L. Overstreet
Attorney at Law
Texas Bar No. 00000046
P.O. Box 35
Prairie View, TX 77446
Tel. (512) 844-8357
morrisoverstreet@yahoo.com

/s/ Winston E. Cochran, Jr.
Winston E. Cochran, Jr.
Attorney at Law
Texas Bar No. 04457300
P.O. Box 2945
League City, TX 77574
Tel. (713) 228-0264
winstoncochran@comcast.net

Attorneys for Appellant

**CERTIFICATE OF SERVICE**

I certify that a copy of this motion is being served on counsel for the appellee,

by mail or personal delivery, at the following address on the 12th day of March, 2015:

      Harris County District Attorney's Office
      Appellate Division
      1201 Franklin, Suite 600
      Houston, TX 77002

                /s/ Winston E. Cochran, Jr.
                Winston E. Cochran, Jr.